AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

PROGRESSIVE PREFERRED INSURANCE
COMAPNY

V.

JMP ENTERPRISES, INC.;
JOHN MARK PARKER; JENNIFER M GOLDEN

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3 : 06 - CV - 934 - WKW

TO: (Name and address of Defendant)

JMP ENTERPRISES, INC.
2205 GREENVILLE ROAD
LAGRANGE, GEORGIA 30242

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. LARRY BRADFORD
BRADFORD & SEARS, P.C.
2020 CANYON ROAD
BIRMINGHAM, ALABAMA 32106

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

| CLERK | | DATE | 10/18/06 |
|---|---|---|---|

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                               District of                    ALABAMA

PROGRESSIVE PREFERRED INSURANCE
COMAPNY

V.

JMP ENTERPRISES, INC.;
JOHN MARK PARKER; JENNIFER M GOLDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-cv-934-WKW

TO: (Name and address of Defendant)

JOHN MARK PARKER
P.O. BOX 3501
LAGRANGE, GEORGIA 30242

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. LARRY BRADFORD
BRADFORD & SEARS, P.C.
2020 CANYON ROAD
BIRMINGHAM, ALABAMA 32106

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   10/18/06