**COMPLETE THIS SECTION ON DELIVERY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Robert Parker_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

ROBERT PARKER

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3:06CU0934
S+C

1. Article Addressed to:

JMP Enterprises
2205 Greenville Road
LaGrange, Georgia
30242

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 1350 0002 9317 4956

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540