IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE PREFERRED | * | |
| INSURANCE COMPANY | * | |
| Plaintiff | * | CASE NO |
| | * | 3:06-CV-934-WKW |
| | * | |
| v. | * | |
| | * | |
| JMP ENTERPRISES, INC. | * | |
| JOHN MARK PARKER, and | * | |
| JENNIFER M. GOLDEN | * | |
| Defendants | * | |

## ANSWER

COMES NOW, JMP Enterprises, Inc., and John Mark Parker (hereafter "Defendants") Defendants in the above styled case, and answers the Plaintiff's Complaint as follows:

1.

The Defendants admit the allegations set out in Paragraphs 2, 3, 8, 9, 10, 11, and 15 of the Plaintiff's Complaint.

2.

The Defendants deny the allegations set out in Paragraphs 6 and 7 of Plaintiff's Complaint.

3.

The Defendants deny having knowledge or information sufficient to form a belief as to the allegations set out in Paragraphs 1, 4, 5, 12, 13, and 14 of the Plaintiff's Complaint.

4.

Each and every allegation contained in Plaintiff's Complaint not specifically admitted, denied, or controverted, are hereby denied.

WHEREFORE, Defendants request the following relief:

(a)    That the Plaintiff's complaint be dismissed with all cost cast against the Plaintiff;

(b)    For such other and further relief as the Court deems appropriate;

Respectfully submitted,

JMP Enterprises, Inc.

By: _____
John Mark Parker

Title: _____

_____
John Mark Parker, Individually

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PROGRESSIVE PREFERRED               *
INSURANCE COMPANY                   *
Plaintiff                           *         CASE NO
                                    *         3:06-CV-934-WKW
                                    *
v.                                  *
                                    *
JMP ENTERPRISES, INC.               *
JOHN MARK PARKER, and               *
JENNIFER M. GOLDEN                  *
Defendants                          *

CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and

foregoing Answer upon R. Larry Bradford, attorney of record for the Plaintiff by placing a

copy in the United States mail with sufficient postage to carry it to its destination of

Bradford & Sears, P.C., 2020 Canyon Road, Suite 100, Birmingham, AL 35216.

This the 6 day of ___Nov___, 2006.

Respectfully submitted,

By: _____
John Mark Parker