IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | CASE NUMBER: 3:06-CV-934-WKW |
| JMP ENTERPRISES, INC.; JOHN MARK PARKER; and JENNIFER M. GOLDEN, ) ) ) ) ) | |
| Defendants. ) | |

## MOTION TO STRIKE

COMES NOW the plaintiff, Progressive Preferred Insurance Company ("Progressive"), pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and moves the court to strike the answer of JMP Enterprises, Inc. in this case. In support of the motion, Progressive shows unto the court the following:

1. JMP Enterprises, Inc. is a Georgia corporation. It has filed a pro se answer to Progressive's declaratory judgment complaint.

2. Generally, a corporation can appear in court only through an attorney. It can not appear pro se. Perryman Group, Inc. v. Amsouth Bank, 903 So.2d 128 (Ala. 2004).

3. It appears that the proper relief would be to strike the defendant corporation's answer, but give that defendant an opportunity to file an answer by a licensed attorney. Colby Materials, Inc. v. Caldwell Construction, Inc., 926 So.2d 1181 (Fla. 2006).

*/s/ Larry Bradford*
R. Larry Bradford, Attorney for Plaintiff,
Progressive Preferred Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 29 day of November, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

G. Houston Howard, Esq.
Howard, Dunn, Howard & Howard
P.O. Box 1148
Wetumpka, Alabama 36092

Mr. John Mark Parker
P.O. Box 3501
LaGrange, Georgia 30242

*/s/ Larry Bradford*
OF COUNSEL