IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 3:06-CV-934-WKW |
| JMP ENTERPRISES, INC., JOHN MARK PARKER, and JENNIFER M. GOLDEN, ) ) ) ) | |
| Defendants. ) | |

## ORDER

The case is before the court on the plaintiff's Motion to Strike (Doc. # 6) the Answer filed by Defendants JMP Enterprises, Inc. ("JMP"), and John Mark Parker ("Parker"). The plaintiff asserts that JMP is a corporation that has improperly filed a pleading *pro se.* A review of the Answer (Doc. # 5) shows that Parker signed the pleading as an individual and as the president of JMP. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se* and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). This rule is applicable even where the person seeking to represent the corporation is its president. *See id.* Accordingly, it is ORDERED that the motion is GRANTED and the Answer is STRICKEN. It is further ORDERED that JMP, though counsel, and Parker shall file an Answer or Answers **on or before December 21, 2006.** JMP is further ADVISED to file with its pleading a corporate disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure.

DONE this 30th day of November, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE