IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JMP ENTERPRISES, INC., )<br>JOHN MARK PARKER, and )<br>JENNIFER M. GOLDEN, )<br>)<br>Defendants. ) | CASE NO. 3:06-CV-934-WKW |

## ORDER

By Order dated November 30, 2006, the court ruled that Defendant JMP Enterprises, Inc. ("JMP"), must be represented by counsel and ordered JMP and Defendant John Mark Parker to file an Answer or Answers on or before December 21, 2006. The defendants failed to do so. It is hereby ORDERED that the defendants show cause in writing **on or before March 5, 2007**, why they should not be held in contempt for failure to obey the court's order. The clerk is DIRECTED to send, via registered mail, a copy of this order to these defendants at their address of record.

DONE this 7th day of February, 2007.

          /s/ W. Keith Watkins
          UNITED STATES DISTRICT JUDGE