PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee | |
| | B. Received by (*Printed Name*)<br>_JD Parker_ | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>JMP Enterprises, Inc.<br>2205 Greenville Road<br>LaGrange, GA 30242 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:06CV934<br># 9 order | | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | | |
| | 4. Restricted Delivery? (*Extra Fee*) | | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 2245 | | |

Postmark: LaGrange, GA 30241 FEB 12 2007

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540