IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>JMP ENTERPRISES, INC.,   )<br>JOHN MARK PARKER, and   )<br>JENNIFER M. GOLDEN,   )<br>)<br>Defendants.   ) | CASE NO. 3:06-CV-934-WKW |

## ORDER

Upon consideration of the plaintiff's Motion for Default Judgment (Doc. # 11), it is ORDERED that the motion is DENIED. If the defendants fail to adequately respond to the court's February 7, 2007 Order, the plaintiff first may request that the clerk of court make an entry of default and then may move the court for default judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure.

DONE this 5th day of March, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE