IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action Number: 3:06-CV-00934<br>) |
| JMP ENTERPRISES, INC.;<br>JOHN MARK PARKER; and<br>JENNIFER M. GOLDEN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO AMEND COMPLAINT

COMES NOW the plaintiff, Progressive Preferred Insurance Company ("Progressive"), pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and moves the court for leave to amend its complaint to add late notice as a coverage issue. In compliance with Local Rule 15.1, Progressive is reproducing the entire complaint as amended.

_____
R. Larry Bradford, Attorney for Plaintiff
Progressive Preferred Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 27 day of March, 2007, served a copy of the foregoing on all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

G. Houston Howard, Esq.
Howard, Dunn, Howard & Howard
P.O. Box 1148
Wetumpka, Alabama 36092

Mr. John Mark Parker
JMP Enterprises
P.O. Box 3501
LaGrange, Georgia 30242

OF COUNSEL