# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 28, 2007

# NOTICE OF ERROR

**To:       All Counsel of Record**

**Case Style:   Progressive Preferred Insurance Company v. JMP Enterprises, Inc. et al**

**Case Number:    3:06cv00934-WKW**

**Referenced Pleading:     Motion to Amend/Correct Complaint**

**Docket Entry Number:    13**

**The referenced pleading was filed on \*\*\*March 27, 2007\*\*\* in this case and is hereby STRICKEN as a duplicate erroneous docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 13 was an erroneous duplicate docket entry.  Parties are instructed to disregard #13 docketing entry and refer to docket entry # 15 for correction.**