IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JMP ENTERPRISES, INC.,  )<br>JOHN MARK PARKER, and  )<br>JENNIFER M. GOLDEN,  )<br>)<br>Defendants.  ) | Case No. 3:06-cv-934-WKW |

**ORDER**

Upon consideration of the plaintiff's Motion to Amend Complaint (Doc. # 15), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before May 16, 2007**, an exact duplicate of the amended complaint that is attached to the plaintiff's motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 11th day of May, 2007.

                                          /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE