IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action Number: 3:06-CV-00934 ) |
| JMP ENTERPRISES, INC.; JOHN MARK PARKER; and JENNIFER M. GOLDEN, | ) ) ) ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the plaintiff, Progressive Preferred Insurance Company ("Progressive"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves the court to enter a summary judgment in its favor on the ground that there is no genuine issue as to any material fact and it is entitled to judgment as a matter of law.

This motion is based upon the pleadings and Progressive's policy. Progressive is submitting a memorandum brief in support of its motion.

    /s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Preferred Insurance Company
Attorney Bar Code: BRA039

  /s/ Shane T. Sears
Shane T. Sears, Attorney for Plaintiff,
Progressive Preferred Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this the __15th__ day of June, 2007, served a copy of the foregoing on all attorneys of record by filing same electronically and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

G. Houston Howard, Esq.
Howard, Dunn, Howard & Howard
P.O. Box 1148
Wetumpka, Alabama 36092

Mr. John Mark Parker
JMP Enterprises
P.O. Box 3501
LaGrange, Georgia 30242

                                            /s/ Shane T. Sears
                                            OF COUNSEL