IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JMP ENTERPRISES, INC.;<br>JOHN MARK PARKER; and<br>JENNIFER M. GOLDEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action Number: 3:06-CV-00934<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Comes now the defendant, Progressive Preferred Insurance Company, pursuant to the order entered on June 15, 2007 for disclosure of corporate defendants, and makes the following disclosures:

1. The correct name of the defendant is Progressive Preferred Insurance Company ("Progressive Preferred").

2. Progressive Preferred is a wholly-owned subsidiary of the Progressive Corporation.

3. Progressive underwrites automobile policies through the following Progressive companies: Artisan and Truckers Casualty Company, Drive New Jersey Insurance Company, Mount Laurel Assurance Company, National Continental Insurance Company, Progressive Advanced Insurance Company, Progressive American Insurance Company, Progressive

Bayside Insurance Company, Progressive Casualty Insurance Company, Progressive Classic Insurance Company, Progressive County Mutual Insurance Company, Progressive Halcyon Insurance Company/Progressive Direct Insurance Company, Progressive Express Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Corp., Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive Northeastern Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Progressive West Insurance Company, Progressive Choice Insurance Company, and United Financial Casualty Company.

4.     Progressive now sells personal lines of automobile coverage through independent insurance agencies under the name of Progressive Drive Insurance. It sells personalized insurance by telephone and on the Internet through Progressive Direct Insurance Company.

   /s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Preferred Insurance Company
Attorney Bar Code: BRA039

    /s/ Shane T. Sears
Shane T. Sears, Attorney for Plaintiff,
Progressive Preferred Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
205-871-7733

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the ___20th___ day of June, 2007, served a copy of the foregoing on all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

G. Houston Howard, Esq.
Howard, Dunn, Howard & Howard
P.O. Box 1148
Wetumpka, Alabama 36092

Mr. John Mark Parker
JMP Enterprises
P.O. Box 3501
LaGrange, Georgia 30242

    /s/ Shane T. Sears
    OF COUNSEL