IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 JUL 10 A 10: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PROGRESSIVE PREFERRED
INSURANCE COMPANY
    Plaintiff

vs.                                                          CASE NO. 3:06-CV-00934

JMP ENTERPRISES, INC.;
JOHN MARK PARKER; and
JENNIFER M. GOLDEN
    Defendants

**MOTION FOR SUMMARY JUDGMENT BY JENNIFER GOLDEN**

Comes now Jennifer Golden, one of the defendants, and moves the court to enter a summary judgment holding that Progressive's policy of insurance, together with the endorsements to such policy, provide coverage for the allegations of Jennifer Golden's First Amended Complaint in the Circuit Court of Lee County, Alabama, Case No. 2006-106. As grounds for this motion, Golden alleges that no genuine dispute exists in the materials facts concerning coverage, and she is entitled to judgment as a matter of law.

More particularly, Golden alleges that she is entitled to judgment as a matter of law for the reasons stated in her brief filed herewith which is entitled "Golden's Brief in Opposition to Progressive's Motion for Summary Judgment and in Support of Her Motion for Summary Judgment." Golden's "Statement of Undisputed Facts" is contained in such brief.

This motion is based on the pleadings and Golden's evidentiary submission entitled "Golden's Evidentiary Submission in Opposition to Progressive's Motion for Summary Judgment

1

and in Support of Her Motion for Summary Judgment." Such evidentiary submission is also filed simultaneously with this motion.

          HOWARD, DUNN, HOWARD & HOWARD
          Attorney for Jennifer M. Golden

    By: _____
          G. Houston Howard II

Of Counsel:
**G. Houston Howard II (HOW015)**
Howard, Dunn, Howard & Howard
P.O. Box 1148
Wetumpka, Alabama 36092
Telephone: 334-567-4356
Facsimile: 334-567-7080

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on:

**R. Larry Bradford**
**Bradford & Sears, P.C.**
**2020 Canyon Road, Suite 100**
**Birmingham, AL 35216**

**John Mark Parker**
**P. O. Box 3501**
**LaGrange, GA 30242**

counsel of record, by placing the same in the U.S. Mail, postage prepaid and properly addressed, on this the 10th day of July, 2007.

_____
Of Counsel

*Doc:Houston\Golden.Jennifer\Progressive\Motion.SummaryJudgment*