IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CASE NO. 3:06-CV-934-WKW |
| JMP ENTERPRISES, INC., JOHN MARK PARKER, and JENNIFER M. GOLDEN, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon oral notice that the parties have settled the instant action, it is ORDERED that the parties shall file a stipulation of dismissal **on or before August 10, 2007.** All other dates and deadlines, including the trial date, are CANCELLED.

DONE this 18th day of July, 2007.

　　　　　　　　　　　　　　　　　　／s/　W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE