IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action Number: 3:06-CV-00934<br>) |
| JMP ENTERPRISES, INC.;<br>JOHN MARK PARKER; and<br>JENNIFER M. GOLDEN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Progressive Preferred Insurance Company, and the defendant, Jennifer M. Golden, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate that this case is due to be dismissed with prejudice, with the parties to bear their own court costs.

The defendant, JMP Enterprises, Inc., has not filed an answer by a licensed attorney and the defendant, John Mark Parker, has not cooperated in complying with the scheduling order. Therefore, they have not been requested to execute this stipulation. Nevertheless, there are no remaining claims in this case after Progressive settled the underlying state court claims against JMP Enterprises, Inc. and John Mark Parker.

Dated this the 20 day of July, 2007.

/s/ *R. Larry Bradford*
R. Larry Bradford, Attorney for Plaintiff,
Progressive Preferred Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

/s/ *G. Houston Howard*
G. Houston Howard, Attorney for Defendant, Jennifer M. Golden

OF COUNSEL:
Howard, Dunn, Howard & Howard
P.O. Box 1148
Wetumpka, Alabama 36092

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action Number: 3:06-CV-00934<br>) |
| JMP ENTERPRISES, INC.;<br>JOHN MARK PARKER; and<br>JENNIFER M. GOLDEN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

THIS CAUSE coming on the stipulation of dismissal filed by the plaintiff and the defendants and the court, having considered the stipulation, finds that the complaint is due to dismissed, and it is therefore

ORDERED that this case is hereby dismissed with prejudice against the defendants, and it is further

ORDERED that the parties shall pay their own court costs.

ORDERED this the _____ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE